# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| SLAGER, JAMES J | §  Case No. 13-08767 |
| | § |
| Debtor(s) | § |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/10/2014 in Courtroom ,
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/21/2013          By: /s/ Michael G. Berland
                                                                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SLAGER, JAMES J § Case No. 13-08767
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,000.00 |
| and approved disbursements of | $ | 32.95 |
| leaving a balance on hand of[1] | $ | 10,967.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,850.00 |
| Remaining Balance | | $ | 9,117.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,094.93  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  56.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 15,444.59 | $ 0.00 | $ 8,748.66 |
| 000002 | American Express Bank, FSB | $ 484.47 | $ 0.00 | $ 274.43 |
| 000003 | Nicor Gas | $ 165.87 | $ 0.00 | $ 93.96 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,117.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                 Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-08767-BWB
James J Slager                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Nov 21, 2013
                              Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2013.
```
db         +James J Slager,   15033 Long Meadow Dr.,   Lockport, IL 60441-6263
20133190   +AMEX,   Attn: Bankruptcy Department,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
20133189    AMEX,   Bankruptcy Department,   PO Box 981535,   El Paso, TX 79998-1535
20889555    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20133191   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,   Bankruptcy Dept.,   PO Box 5155,   Norcross, GA 30091)
20133193   +CCO Mortgage (Charter One/RBS),   10561 Telegraph Rd.,   Glen Allen, VA 23059-4577
20133192   +Capital One,   Bankruptcy Department,   PO Box 30285,   Salt Lake City, UT 84130-0285
20701442    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
20133195    Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
20133194   +Chase,   Attn: Bankruptcy Dept,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
20133197    Chase Bank,   JPMorgan Chase Bank,   PO Box 659754,   San Antonio, TX 78265-9754
20133198   +Chase Home Finance,   3415 Vision Drive,   Mail Code: OH-7119,   Columbus, OH 43219-6009
20133199    Chasecard,   Bankruptcy Department,   PO Box 15298,   Wilmington, DE 19850-5298
20133200   +Creditors Discount & Audit (RETA),   415 E. Main St.,   PO Box 213,   Streator, IL 61364-0213
20133202   +Harris & Harris LTD,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
20133203    Illinois Collection Services,   PO Box 1010,   Tinley Park, IL 60477-9110
20133204   +Kohl/Cap1,   PO Box 6497,   Sioux Falls, SD 57117-6497
20133205    Kohl/Chase(Kohl's Department Store),   Attn: Bankruptcy Department,   N54W 17000 Ridgewood Drive,
             Menomonee Falls, WI 53051
20133208    LUMC Patient Payments,   PO Box 3021,   Milwaukee, WI 53201-3021
20133206   +Lincolnway Medical Associates,   PO Box 1184,   Bedford Park, IL 60499-1184
20133207   +Loyola Univ Health System,   c/o Medicredit, Inc.,   PO Box 411187,   Saint Louis, MO 63141-3187
20133212   +Palos Community Hospital,   12251 S. 80th Ave,   Palos Heights, IL 60463-0930
20133214    The Palos Medical Group, LLC,   12251 S. 80th Ave,   Palos Heights, IL 60463-1256
20133215   +Toyota Motor Credit Corp. HQ,   All mail goes to,   19001 S. Western Avenue,
             Torrance, CA 90501-1196

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20133196      E-mail/Text: bk.notifications@jpmchase.com Nov 22 2013 01:41:56      Chase Auto Finance,
               PO Box 29505,   Phoenix, AZ 85038-9505
20133201      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2013 01:48:05      Discover,
               Bankruptcy Department,   PO Box 15316,   Wilmington, DE 19850-5316
20133209     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 22 2013 01:42:48      NCO Financial Systems,
               507 Pudential Road,   Horsham, PA 19044-2368
20133210     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 22 2013 01:42:48
               NCO Financial Systems, Inc.,   Bankruptcy Department,   PO Box 15630,
               Wilmington, DE 19850-5630
20958064     +E-mail/Text: bankrup@aglresources.com Nov 22 2013 01:35:29      Nicor Gas,   PO Box 549,
               Aurora, IL 60507-0549
20133211      E-mail/Text: bankrup@aglresources.com Nov 22 2013 01:35:29      Nicor Gas,   ALL MAIL GOES TO,
               Bankruptcy Dept. PO Box 190,   Aurora, IL 60507-0190
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20133213   ##+Radiology & Nuclear Consultants, Lt,   7808 W. College Drive,   Suite 1SE,
             Palos Heights, IL 60463-1095
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2013                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                   Date Rcvd: Nov 21, 2013
                              Form ID: pdf006              Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2013 at the address(es) listed below:
              David M Siegel     on behalf of Debtor James J Slager davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Michael G Berland     on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```