UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SLAGER, JAMES J § Case No. 13-08767
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: |  |  |  |  |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/MICHAEL G. BERLAND _____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CCO Mortgage (Charter One/RBS) 10561 Telegraph Rd. Glen Allen, VA 23059 |  |  |  |  |  |
|  | Chase Auto Finance PO Box 29505 Phoenix, AZ 85038-9505 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance 3415 Vision Drive Mail Code: OH-7119 Columbus, OH 43219 | | | | | |
| | Toyota Motor Credit Corp. HQ All mail goes to 19001 S. Western Avenue Torrance, CA 90509-2991 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX Bankruptcy Department PO Box 981535 El Paso, TX 79998-1535 | | | | | |
| | Chase Bank JPMorgan Chase Bank PO Box 659754 San Antonio, TX 78265-9754 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Discover Bankruptcy Department PO Box 15316 Wilmington, DE 19850-5316 | | | | | |
| | Illinois Collection Services PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Kohl/Cap1 PO Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | LUMC Patient Payments PO Box 3021 Milwaukee, WI 53201-3021 |  |  |  |  |  |
|  | LUMC Patient Payments PO Box 3021 Milwaukee, WI 53201-3021 |  |  |  |  |  |
|  | Lincolnway Medical Associates PO Box 1184 Bedford Park, IL 60499 |  |  |  |  |  |
|  | Loyola Univ Health System c/o Medicredit, Inc. PO Box 411187 Saint Louis, MO 63141 |  |  |  |  |  |
|  | Palos Community Hospital 12251 S. 80th Ave Palos Heights, IL 60463 |  |  |  |  |  |
|  | Radiology & Nuclear Consultants, Lt 7808 W. College Drive Suite 1SE Palos Heights, IL 60463 |  |  |  |  |  |
|  | The Palos Medical Group, LLC 12251 S. 80th Ave Palos Heights, IL 60463-1256 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| trost | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | NICOR GAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-08767 BL Judge: Bruce W. Black | |
| Case Name: | SLAGER, JAMES J | |
| For Period Ending: | 02/12/14 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 03/06/13 (f) |
| 341(a) Meeting Date: | 04/04/13 |
| Claims Bar Date: | 09/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Preference to mother (u) | 0.00 | 11,000.00 | | 11,000.00 | FA |
| 2. 15033 Long Meadow Drive,Lockport | 227,000.00 | 0.00 | | 0.00 | FA |
| 3. checksing/savings Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. Checking/savings TCF Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. TV and furntiure | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Toyota Tacoma | 4,925.00 | 0.00 | | 0.00 | FA |
| 9. 2010 Fiord Escape | 14,075.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)      $247,900.00      $11,000.00      $11,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a motion to compromise his ineterest in an unscheduled preference.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1                                                                                                    Ver: 17.04c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-08767 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | SLAGER, JAMES J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1260 Checking Account |
| Taxpayer ID No: | *******3667 | | | |
| For Period Ending: | 02/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/13 | 1 | James Slager | | 1241-000 | 11,000.00 | | 11,000.00 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,990.00 |
| 09/11/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 11.67 | 10,978.33 |
| 10/03/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 11.28 | 10,967.05 |
| 11/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 11.64 | 10,955.41 |
| 01/15/14 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,850.00 | 9,105.41 |
| 01/15/14 | 001002 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 56.57316% | 7100-000 | | 274.08 | 8,831.33 |
| 01/15/14 | 001003 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Claim 000003, Payment 56.57443% | 7100-000 | | 93.84 | 8,737.49 |
| 01/15/14 | 001004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim trost, Payment 56.57314% | 7100-000 | | 8,737.49 | 0.00 |

Page Subtotals     11,000.00     11,000.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-08767 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | SLAGER, JAMES J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1260  Checking Account |
| Taxpayer ID No: | *******3667 | | | |
| For Period Ending: | 02/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,000.00 | 11,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,000.00 | 11,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,000.00 | 11,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********1260 | | 11,000.00 | 11,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 11,000.00 | 11,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.04c